**Order entered July 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01375-CR
### No. 05-18-01376-CR

**CLEVELAND ELIJAH POWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-24262-U & F16-54139-U**

## ORDER

Although appellant's brief was initially due on April 4, 2019, the Court granted two extensions of time, making it due June 5, 2019. In our May 8, 2019 order, we cautioned that the failure to file a brief by the deadline might result in the appeals being abated for a hearing. To date, no brief has been filed, and we have had no communication from appellate counsel.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute these appeals, whether appellant has abandoned the appeals, or whether appointed counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing,

the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to John Daniel Oliphant.; and to the Dallas County District Attorney's Office.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     CORY L. CARLYLE
        JUSTICE